## 19532. ALBRITTON *v.* THE STATE.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the refusal to grant a new trial. The verdict was amply authorized by the evidence, and the motion for a new trial was based upon the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.